UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :          20-CR-544 (LJL)
                                                                  :
SMITH ET AL,                                                      :          ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court is in receipt of defendants' letter (dkt. #20) requesting an adjournment of the status
conference scheduled for January 5, 2021.  Counsel for both defendants are to inform the Court by
4:00PM today whether they consent to the exclusion of time under the speedy trial act.


        SO ORDERED.

Dated: December 30, 2020                          _____
        New York, New York                                  LEWIS J. LIMAN
                                                         United States District Judge