# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2021

**GRANTED.**
**The Court grants the bail modification request to remove the curfew condition.**

1/22/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

VIA ECF
The Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Corey Smith*, 20 CR 544 (LJL)

Dear Judge Liman:

I write on behalf of my client, Corey Smith. With the consent of both the government and Pretrial Services, I write to request that the Court modify Mx. Smith's bail conditions by removing the curfew condition.

Mx. Smith was presented on a criminal complaint in August of last year. At the time, the parties agreed that bail conditions could be set to secure Mx. Smith's release. Magistrate Judge Wang set bail for Mx. Smith with conditions including, *inter alia,* a $100,000 personal recognizance bond, cosigned by two financial responsible people; standard travel restrictions; and a curfew between the hours of 11 p.m. and 6 a.m.

As per Mx. Smith's Supervising Pretrial Officer, Jonathan Lettieri, Mx. Smith has been fully compliant with the conditions of their release and is functioning well in the community. The curfew condition is more restrictive than necessary and, without objection from any party, we respectfully ask that it be removed.

Thank you for your consideration of this application.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Christy Slavik (via ECF)
U.S.P.O. Jonathan Lettieri (via email)