**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 5, 2021

> **REQUEST GRANTED** as to both defendants. The Status Conference previously set for February 8, 2021 is rescheduled to March 9, 2021 at 2:00PM. The hearing will proceed remotely by zoom video conference. The Court, with consent of all parties, excludes time from February 5, 2021 until March 9, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and March 9 will allow parties to continue discussions regarding a potential pretrial resolution.
>
> 2/5/2021
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

*VIA ECF*

Honorable United States District Judge Liman
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Carberry et al.*, 20 CR 544 (LJL)

Dear Judge Liman:

With the consent of the government and co-counsel, I write to seek an adjournment of the next conference, currently scheduled for February 8, 2021. The parties are actively engaged in discussions to resolve the matter short of a trial. To afford the parties adequate time to complete those discussions, the parties ask for an adjourned date in about 30 days' time. To accommodate this request, the parties have no objection to the exclusion of time for speedy trial purposes.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750


cc:   all parties (via ECF)