LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 5, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020. I write, without objection from the Government, to respectfully request a 45-day adjournment of the status conference that is presently scheduled for March 9, 2021. I have also conferred with Julia Gatto, counsel for co-defendant Corey Smith. Ms. Gatto joins in this request.

    The parties continue to be engaged in productive discussions to resolve this matter without the need for a trial. To allow for such continued discussions, we respectfully request that the status conference be adjourned for about 45 days. Pursuant to the Speedy Trial Act, we have no objection to an exclusion of time until the next conference date.

    Thank you for your consideration.

REQUEST GRANTED as to both defendants. The Status Conference previously set for March 9, 2021 is rescheduled to April 28, 2021 at 2:00PM. The hearing will proceed remotely by zoom video conference. The Court, with consent of all parties, excludes time from March 9, 2021 until April 28, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and April 28 will allow parties to continue discussions regarding a potential pretrial resolution.   3/5/2021

Respectfully submitted,

/s/

Anthony Cecutti

SO ORDERED.

LEWIS J. LIMAN
United States District Judge