# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 19, 2021

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Corey Smith**
      **20 Cr. 0544 (LJL)**

Dear Judge Liman:

    With the consent of all parties, I write to seek an adjournment of the next pretrial conference scheduled for April 28, 2021. I am starting a trial before the Honorable Lorna G. Schofield today that is expected to last two weeks. I do not expect to be available for the currently scheduled conference in this matter. I ask that the date be moved by about two weeks. The parties are actively engaged in plea discussions. In light of this request, neither defendant objects to the exclusion of time for purposes of calculating Speedy Trial time.

    Respectfully submitted,

    _____/s/_____
    Julia Gatto
    Assistant Federal Defender
    Tel: (212) 417-8750

cc:   all parties (ECF)

**REQUEST GRANTED** as to Corey Smith and Elaine Carberry. The Status Conference previously set for April 28, 2021 is rescheduled to May 12, 2021 at 3:00PM. The conference will proceed remotely by zoom video conference. The Court, with consent of all parties, excludes time from April 19, 2021 until May 12, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and May 12 will allow parties to continue discussions regarding a potential pretrial resolution.

4/19/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge