**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 4, 2021

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Corey Smith**
      **20 Cr. 0544 (LJL)**

Dear Judge Liman:

I write with the consent of the government and Pretrial Services to respectfully request that the Court modify Mx. Corey Smith's bail conditions. Specifically, I request that the Court allow Mx. Smith to travel to Kansas City, Missouri in the Western District of Missouri between May 11th and May 23rd, 2021 to visit with his mother who is having a surgery that week.

Mx. Smith was arrested and presented on August 11, 2020. Magistrate Judge Wang set bail for Mx. Smith with conditions including, inter alia, a $100,000 personal recognizance bond, cosigned by two financial responsible people; standard travel restrictions; and a curfew between the hours of 11 p.m. and 6 a.m. On January 22, 2021 the Courted agreed to lift the curfew condition. Mx. Smith continues to be compliant with the conditions of their release and is doing well in the community.

Christy Slavik on behalf of the government and USPO Francesca Miller on behalf of Pretrial Services both consent to this request. Thank you for your consideration of this matter.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

REQUEST GRANTED.
5/4/2021
**SO ORDERED:**

**HONORABLE LEWIS L. LIMAN**

cc:   AUSA Christy Slavik (via ECF)
      USPO Francesca Miller (via email)