**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 9, 2021

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Corey Smith**
        **20 Cr. 0544 (LJL)**

Dear Judge Liman:

      As discussed on the record yesterday, I write with the consent of the government to respectfully request that the Court modify the bail conditions of both Mx. Corey Smith and Elaine Carberry so that they are permitted to speak and meet with each other outside the presence of counsel.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

7/9/2021

SO ORDERED:

[signature]
**HONORABLE LEWIS L. LIMAN**

cc:     AUSA Christy Slavik (via ECF)