# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2021

**BY ECF**

Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Corey Smith**
       **20 Cr. 0544 (LJL)**

> REQUEST GRANTED as to Corey Smith and Elaine Carberry. The Status Conference previously set for August 26, 2021 is rescheduled to September 21, 2021 at 3:00PM. The Court, with consent of all parties, excludes time from August 24, 2021 until September 21, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and September 21 will allow parties to continue discussions and finalize a potential pretrial resolution.
>
> 8/24/2021   SO ORDERED.
>                        /s/ LEWIS J. LIMAN
>                        United States District Judge

Dear Judge Liman:

      With the consent of all parties, I write to seek an adjournment of the next pretrial conference scheduled for August 26, 2021. As reported at the last conference, the parties have been actively engaged in plea discussions. Since then, the parties have reached a resolution in principle. However, largely because of the attorney's personal schedules, we need additional time to finalize and review the anticipated pleas. As such and to accommodate the parties' calendars, we ask that the Court adjourn the conference to a day and time convenient for the Court during the week of 9/20, at which time we expect to be ready to proceed with a change of plea hearing. In light of this request, neither defendant objects to the exclusion of time for purposes of calculating Speedy Trial time.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:    all parties (ECF)