LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 17, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.

I write, without objection from the Government, to respectfully request a one-day adjournment of the status conference that is presently scheduled for September 21, 2021, to September 22, 2021 at 3 p.m.  I have also conferred with Julia Gatto, counsel for co-defendant Corey Smith. Ms. Gatto joins in this request.

The parties have resolved this matter.  As such, it is expected that the defendants will plead guilty pursuant to plea agreements with the Government during proceedings on September 22, 2021.  Lastly, pursuant to the Speedy Trial Act, we have no objection to an exclusion of time until September 22, 2021.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

REQUEST GRANTED as to Elaine Carberry and Corey Smith.
The Status Conference previously scheduled for September 21, 2021 is canceled. Instead, a Change of Plea Hearing is scheduled for September 22, 2021 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from September 17, 2021 until September 22, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendants in a speedy trial.

9/17/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge