# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 9, 2021

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Carberry et al.
     20 Cr. 0544 (LJL)**

Dear Judge Liman:

> REQUEST GRANTED.
> The Sentencing hearing for Elaine Carberry previously set for January 5, 2022 is rescheduled to February 8, 2022 at 2:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Sentencing hearing for Corey Smith previously set for January 11, 2022 is rescheduled to February 10, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 12/10/2021   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

     With the consent of all parties, I write to seek an adjournment of Mx. Carberry and Mx. Smith's sentencing, currently scheduled for January 5 and January 11, respectively. The parties request adjourned dates any afternoon the week of February 7, 2022. The parties need the additional time to effectively prepare their sentencing submissions.

     Thank you and I wish you and Chambers a happy holiday season.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   all parties (ECF)