LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 31, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED as to Elaine Carberry and Corey Smith. The Sentencing hearing for Elaine Carberry previously set for February 8, 2022 is rescheduled to February 18, 2022 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Sentencing hearing for Corey Smith previously set for February 10, 2022 is rescheduled to February 18, 2022 at 11:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/3/2022

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.

I write, with the consent of all parties, to respectfully request an adjournment of Mx. Carberry and Mx. Smith's sentencing, currently scheduled for February 8, 2022 and February 10, 2022, respectively. After conferring with counsel for Mx. Smith, Julia Gatto, Mx. Carberry and Mx. Smith request that they be sentenced on the same day in the same or "back-to-back" proceedings. The parties are available at any time convenient for the Court during the week of February 14th.

Thank you for your consideration, and I wish you and Chambers a safe and healthy new year.

Respectfully submitted,

/s/

Anthony Cecutti