# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 25, 2022

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court will amend the judgment for Mx. Smith to reflect the requested recommendation to the BOP.

2/25/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:    United States v. Corey Smith**
        **20 Cr. 0544 (LJL)**

Dear Judge Liman:

On February 18, 2022, the court sentenced Mx. Smith to six months of imprisonment, three years of supervised release with the first six months to be under detention, to complete 400 hours of community service, and pay restitution. After consultation with Mx. Smith, I respectfully request that the Court recommend to the Bureau of Prisons that they be designated to 1.) a male facility or unit and 2.) a facility in or near California or Arizona to facilitate social visits.

Thank you for your consideration of this matter.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc: all parties (ECF)