# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 28, 2022

**BY ECF**
Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves the modification to Mx. Smith's bail conditions as proposed.

2/28/2022  SO ORDERED.

*/s/ LEWIS J. LIMAN*
United States District Judge

Re:   **United States v. Corey Smith**
      **20 Cr. 0544 (LJL)**

Dear Judge Liman:

I write with the consent of the government and Pretrial Services to respectfully request that the Court modify Mx. Corey Smith's bail conditions. Specifically, I request that the Court allow Mx. Smith to travel to Berkeley, California between March 7 and 13, 2022 to attend a conference at the University. If their travel is approved, Mx. Smith will provide a detailed itinerary to their Pretrial Officer in advance of their travel.

Christy Slavik on behalf of the government and USPO Francesca Miller on behalf of Pretrial Services both consent to this request. Thank you for your consideration of this matter.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

SO ORDERED:

_____
**HONORABLE LEWIS L. LIMAN**

cc:   AUSA Christy Slavik (via ECF)
      USPO Francesca Miller (via email)