**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 27, 2023

**BY ECF**

The Honorable Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl St., Rm. 15C
New York, New York 10007

REQUEST GRANTED.
Pretrial Services is directed to release Corey Smith's passport to the custody of the Federal Defenders of New York.

3/10/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Corey Smith**
      **20 CR 0544-LJL-1**

Dear Judge Liman:

Corey Smith, through undersigned counsel, respectfully moves the Court for an order directing Pretrial Services to release Corey Smith's passport to the custody of the Federal Defenders of New York. Corey Smith was directed to surrender that passport as part of the conditions of pretrial release. Corey Smith, however, has now completed the 6-month sentence that this Court imposed on February 18, 2022 and is currently on supervised release. None of the conditions of supervised release prevent Corey Smith from obtaining a passport or other travel document. *See* Dkt. 83. Accordingly, Corey Smith respectfully asks the Court to direct pretrial services to release Corey Smith's passport to the custody of the Federal Defenders of New York.

Respectfully Submitted,

\_\_\_/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791