```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

      - v -                       :    20 Cr. 544 (LJL)

Corey Smith,                      :

                 Defendant.       :
----------------------------------x
```

Upon the application of **Daniel Rivera**, by his attorney, **Kristoff Williams, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Corey Smith with funds to cover the cost of airfare from Kansas City, Missouri to New York, New York in advance of Corey Smith's upcoming court appearance on Wednesday, August 28, 2024 at 11:00am, arriving in New York on Tuesday, August 27, 2024; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated:  New York, New York            **SO ORDERED:**
        August 22, 2024

                                      _____
                                      HONORABLE Lewis J. Liman
                                      United States District Judge