

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2024

**REQUEST GRANTED.**
The hearing on the Violation of Supervised Release previously set for October 3, 2024 is rescheduled to January 9, 2025 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

9/27/2024   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY EMAIL & ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Corey Smith,* 20 Cr. 544 (LJL)

Dear Judge Liman:

The parties jointly write to provide the Court an update as to the above-captioned matter and request an adjournment of the October 3, 2024 violation of supervised release conference. As the Court is aware, the defendant is supervised in the Western District of Missouri based on their residence there. On or about August 13, 2024, the United States Probation Office in the Southern District of New York ("SDNY Probation") submitted a violation report on behalf of the Probation Office in the Western District of Missouri ("WDMO Probation"), detailing several specifications related to the defendant's non-compliance with the terms of their supervision, including failure to make restitution payments and a positive marijuana test. After this Court issued a summons, the defendant traveled to New York City to make their initial appearance before the Court on or about August 28, 2024. The next conference in the above-captioned matter is scheduled for October 3, 2024 at 11:00 a.m.

Since appearing before the Court in August, the defendant has taken demonstrative steps towards compliance with their conditions of supervision. Specifically, SDNY Probation understands that the defendant has had multiple drug tests with no positive results; is gainfully employed; and has completed several hours of community service.[1] Moreover, according to the defendant's supervising WDMO Probation Officer, the defendant's attitude towards supervision has dramatically improved.

---

[1] The Government understands, based on representations by defense counsel, that the defendant has not made additional restitution payments due to financial hardship. However, the Government understands that the defendant will begin making payments presently in the amount of 10% of their monthly income.

In light of the defendant's positive steps towards compliance, and in light of the defendant's out-of-district residence, the parties respectfully request that the Court adjourn the October 3, 2024 conference for approximately 90 days to permit the defendant to demonstrate their continued compliance with conditions of supervision. Assuming the defendant's continued compliance, the parties anticipate being able to resolve the open violations.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

by: _____
                Christy Slavik
                Assistant United States Attorney
                (212) 637-1113

Cc:    Kristoff Williams, Esq. (counsel for Corey Smith)
        LaToya Harris, United States Probation Officer, S.D.N.Y.