# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 2, 2025

**BY ECF**

> REQUEST GRANTED.
> The VOSR Status Conference previously set for January 9, 2025 is rescheduled to January 29, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/3/2025  SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Corey Smith**
      **20-CR-0544 (LJL)**

Dear Judge Liman:

The parties jointly write to request that the VOSR status hearing in the above-captioned case be adjourned for approximately three weeks from the currently scheduled date of January 9, 2025. The purpose of the adjournment is to allow the parties to come to a resolution of the open violations, which may obviate the need for Corey Smith -- who is currently being supervised in the Western District of Missouri based on their residence there -- to travel to New York City. In lieu of the hearing on January 9, 2025, the parties would request that the Court set a control date for the next status conference on one of the following dates:

- Monday, January 27, 2025;

- Tuesday, January 28, 2025 (before 12pm); or

- Wednesday, January 29, 2025.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791