# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2025

**REQUEST GRANTED.**
The VOSR Status Conference previously set for January 29, 2025 is rescheduled to February 26, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/28/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Corey Smith**
       **20-CR-0544 (LJL)**

Dear Judge Liman:

      The parties jointly write to request that the VOSR status hearing in the above-captioned case be adjourned for approximately thirty (30) days from the currently scheduled date of January 29, 2025. The purpose of the adjournment is to allow the parties to continue to work through a potential resolution of the open violations, which may obviate the need for Corey Smith -- who is currently being supervised in the Western District of Missouri based on their residence there -- to travel to New York City. In lieu of the hearing on January 29, 2025, the parties would request that the Court set a control date for the next status conference the week of February 24.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791